**No. 44243.**—Protests 895796–G, etc., of Eurasia Import Co. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

**No. 44244.**—Protest 879745–G of Eurasia Import Co. Inc. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protest was therefore sustained.

**No. 44245.**—Protest 917497–G of American Straw Goods Co. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protest was therefore sustained.

Before the Third Division, September 4, 1940

**No. 44246.**—Protest 782100–G of Gellman Bros. (St. Paul).

Opinion by Keefe, J.   It was stipulated that the merchandise in question is similar to that the subject of *Woolworth* v. *United States* (T. D. 47647).   It was therefore held free of duty under paragraph 1703 as claimed.

**No. 44247.**—Protests 834451–G, etc., of Butler Bros. (New York).

Opinion by Keefe, J.   In accordance with stipulation of counsel Rockinghamware similar to that the subject of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) was held dutiable at 25 percent under paragraph 210 as claimed. Tennis rackets of the same character as those passed upon in *May* v. *United States* (T. D. 47760) and *Woolworth* v. *United States* (T. D. 48573) were ·held dutiable at 30 percent under paragraph 1302 as claimed.